**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 96-50069
Summary Calendar

RIAD E. HAMAD,

Plaintiff-Appellant,

VERSUS

GARY DESHAZO, GARY DESHAZO & ASSOCIATES;
FRIEDMAN & WEDDINGTON

Defendants-Appellees.

Appeal from the United States District Court
For the Western District of Texas

(A-95-cv-441)

September 5, 1996

Before WISDOM, KING, and SMITH, Circuit Judges.

PER CURIAM:[*]

Riad E. Hamad appeals the district court's dismissal under Fed. R. Civ. P. 12(b)(6) of his suit

for damages against the defendants-appellees.[1] We have reviewed the record and the parties' briefs

and perceive no reversible error in the district court's actions. Accordingly, we affirm the decision

---

[*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

[1]  Hamad seeks recovery under the following statutes: 42 U.S.C. §§ 1981, 1983, 1985(3) and 1986; 26 U.S.C. §§ 7206, 7213(3) and 7431(a)(2).

of the district court for the reasons adopted by that court.[2]

In addition, we caution Hamad that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, Hamad is cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court. Furthermore, Hamad is warned that the use of abusive and uncivil language, as displayed in his appellate brief, will not be tolerated by this court. Hamad is directed to review all pending appeals to make sure that they do not contain such language.

AFFIRMED; SANCTION WARNING ISSUED; ADMONISHMENT ISSUED.

---

[2] *Hamad v. DeShazo,* No. A-95-CA-441 JN (W.D. Tex. Dec. 27, 1995).